IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IC POWER LTD and KENON HOLDINGS LTD,<br><br>*Plaintiffs*,<br>v.<br><br>REPUBLIC OF PERU,<br><br>*Defendant*. | Case No. 1:23-cv-03425-AHA |

### JOINT STATUS REPORT

Plaintiffs IC Power Ltd. and Kenon Holdings Ltd. ("**Plaintiffs**") and the Republic of Peru ("**Defendant**", and together with Plaintiffs, the "**Parties**") hereby submit this status report in response to this Court's minute order of January 30, 2025, directing the Parties to file a joint status report on or before February 6, 2025.

Accordingly, the Parties respectfully jointly report as follows:

- On August 28, 2024, Defendant filed an application seeking partial annulment of the Award before ICSID, and on the same day a provisional stay of enforcement pending resolution of that application was granted. That provisional stay remains in place.

- On October 18, 2024, an *ad hoc* Committee was appointed by Chairman of the Administrative Council to hear the annulment application, in accordance with Article 52(3) of the ICSID Convention.

- On December 23, 2024, the *ad hoc* Committee issued Procedural Order No. 1, pursuant to which a hearing on Peru's annulment application is scheduled for December 2025.

- As reflected in Procedural Order No. 1, the Parties have agreed to continue the provisional stay of enforcement of the Award and not take any step to change the status quo of any pending enforcement actions during the pendency of the ICSID annulment proceedings.

Dated: February 6, 2025

| | |
|---|---|
| DLA PIPER LLP (US) | CURTIS MALLET-PREVOST, COLT & MOSLE LLP |
| */s/ James E. Berger* <br> James E. Berger (D.C. Bar 481408) <br> Charlene C. Sun (D.C. Bar 1027854) <br> 1251 Avenue of the Americas <br> New York, NY 10020 <br> Tel.: (212) 335-4715 <br> Fax: (212) 335-4501 <br> Email: james.berger@us.dlapiper.com <br>           charlene.sun@us.dlapiper.com <br><br> *Attorneys for Plaintiffs IC Power Ltd. and Kenon Holdings Ltd.* | */s/ Kevin A. Meehan* <br> Kevin A. Meehan (D.C. Bar 1613059) <br> 1717 Pennsylvania Avenue, N.W. <br> Washington, D.C. 20006 <br> Tel.: (202) 452-7373 <br> Fax: (202) 452-7333 <br> Email: kmeechan@curtis.com <br><br> *Attorneys for Defendant Republic of Peru* |